UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: BRENDA DENISE ROBINSON  CASE NO: 20-31343-WRS
2505 POPLAR ST
MONTGOMERY, AL 36107

Debtor.

## INCOME WITHHOLDING ORDER

TO: BIG LOTS
ATTN PAYROLL
2855 SELMA HWY
MONTGOMERY, AL 36108

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that BIG LOTS withhold from the wages, earnings, or other income of this debtor the sum of **$65.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
20-31343-WRS BRENDA DENISE ROBINSON
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, December 9, 2020.

cc: Debtor  */ s / William R. Sawyer*
    Debtor's Attorney  William R. Sawyer
        United States Bankruptcy Judge